**ORIGINAL**

SCOTT R. MILLER (SBN 112656)
DIANE M. LAMBILLOTTE (SBN 166824)
AMY J. FRANKEL (SBN 174385)
of RIORDAN & McKINZIE
 A Professional Law Corporation
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(213) 629-4824; Fax (213) 229-8550
Attorneys for Plaintiff and
Counterdefendant MATTEL, INC.

CHARLES A. LAFF
JUDITH L. GRUBNER
KEVIN C. TROCK
LAFF, WHITESEL, CONTE & SARET
401 North Michigan Avenue, Suite 1700
Chicago, Illinois 60611
(312) 661-2100; Fax (312) 661-0029

BRADLEY H. ELLIS (SBN 110467)
CATHERINE VALERIO BARRAD (SBN 168897)
SIDLEY & AUSTIN
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000; Fax (213) 896-6600

Attorneys for Defendants and
Counterclaimants THOMAS LOWE
VENTURES, INC. and CENTURI CORPORATION

ENTERED CLERK, U.S. DISTRICT COURT
JUL 20 1999
CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT
JUL 19 1999
CENTRAL DISTRICT OF CALIFORNIA

LODGED CLERK, U.S. DISTRICT COURT
JUL 16 1999
CENTRAL DISTRICT OF CALIFORNIA

JS-6 / CLOSED / SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS LOWE VENTURES, INC. dba JOHNNY LIGHTNING and dba PLAYING MANTIS, a Michigan corporation; MIKE GROVE, an individual; CENTURI CORPORATION dba ESTES INDUSTRIES, a Delaware corporation; and DOES 1-50,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. CV 96-7872 CBM (CWx)<br><br>STIPULATION RE DISMISSAL OF (1) SECOND AMENDED COMPLAINT AS TO DEFENDANTS THOMAS LOWE VENTURES, INC. AND CENTURI CORPORATION ONLY; AND (2) AMENDED COUNTERCLAIM; [Proposed] ORDER THEREON<br><br>Action Filed:  11/08/96<br>Trial Date:     06/29/99 |

DOCKETED
✓ MLD COPY PTYS
__ MLD NOTICE PTYS
✓ JS-6

MHODMA.LADOCS:238169;1

JUL 20 1999

379

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and
2 counterdefendant Mattel, Inc. ("Mattel"), by and through its counsel of record, Riordan &
3 McKinzie, and defendants and counterclaimants Thomas Lowe Ventures, Inc. ("TLV") and
4 Centuri Corporation ("Centuri"), by and through their counsel of record, Laff, Whitesel, Conte
5 & Saret, Ltd. and Sidley & Austin, as follows:

   (1)  Mattel hereby dismisses its Second Amended Complaint dated November 26,
1997, with prejudice, against defendants Thomas Lowe Ventures, Inc. and Centuri
Corporation; and

   (2)  Thomas Lowe Ventures, Inc. and Centuri Corporation hereby dismiss its Joint
Counterclaim dated July 29, 1997, with prejudice, in its entirety.

Dated: ~~June~~ July 15, 1999

RIORDAN & McKINZIE
A Professional Law Corporation
SCOTT R. MILLER
DIANE M. LAMBILLOTTE
AMY J. FRANKEL

By: _____
Scott R. Miller
Attorneys for Plaintiff and
Counterdefendant MATTEL, INC.

///
///
///
///
///
///
///
///

2

| | |
|---|---|
| 1  Dated: July 13, 1999 | LAFF, WHITESEL, CONTE & SARET<br>CHARLES A. LAFF<br>JUDITH L. GRUBNER<br>KEVIN C. TROCK |
| | SIDLEY & AUSTIN<br>BRADLEY H. ELLIS<br>CATHERINE VALERIO BARRAD |
| | By: /s/ Judith L. Grubner<br>Judith L. Grubner<br>Attorneys for Defendants and Counter Claimants<br>THOMAS LOWE VENTURES, INC. and<br>CENTURI CORPORATION |

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that this Stipulation is made and entered as an order of this Court.

Dated: 7/16/99

_____
UNITED STATES DISTRICT COURT JUDGE

3

MHODMA.LADOCS;238169;1

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 300 South Grand Avenue, 29th Floor, Los Angeles, California 90071-3155.

On July 16, 1999, I served the foregoing document(s) described as:

**STIPULATION RE DISMISSAL OF (1) SECOND AMENDED COMPLAINT AS TO DEFENDANTS THOMAS LOWE VENTURES, INC. AND CENTURI CORPORATION ONLY; AND (2) AMENDED COUNTERCLAIM; [Proposed] ORDER THEREON**

on interested parties in this action by placing a true copy thereof in a mail box maintained by the U.S. Postal Service, enclosed in a sealed envelope with postage thereon fully prepaid at Los Angeles, California, addressed as follows:

| | |
|---|---|
| Charles A. Laff, Esq. | Bradley H. Ellis, Esq. |
| Judith L. Grubner, Esq. | Catherine Valerio Barrad, Esq. |
| Kevin Trock, Esq. | Sidley & Austin |
| Laff, Whitesel, Conte & Saret | 555 West Fifth Street |
| | Suite 4000 |
| 401 N. Michigan Avenue | Los Angeles, CA 90013 |
| Suite 1700 | |
| Chicago, Illinois 60611 | |

Mr. Mike Grove
1047 East Fifth Street
Fremont, Nebraska 68025

I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on July 16, 1999, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Beverley A. Newlin

4

MHODMA.LADOCS;238169;1